IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CARL ROBINSON,

       Petitioner,

v.                                                          Case No. 5D16-1979

STATE OF FLORIDA,

       Respondent.

_____/

Opinion filed June 24, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Wesley, Public Defender, and Christina J. Shephard, Assistant Public Defender, Orlando, for Petitioner.

No appearance for Respondent.


PER CURIAM.

       The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the March 17, 2016, VOP judgment and sentence in Case No. 09-CF-8300-A-O, in the Circuit Court in and for Orange County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

       PETITION GRANTED.

SAWAYA, TORPY, LAMBERT, JJ., concur.